**FILED**

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0485

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0485

|  |  |
|---|---|
| KATHY WESTPHAL and DOUGLAS WESTPHAL, <br><br> Plaintiffs and Appellants, <br><br> vs. <br><br> TODD KISSINGER, DEBORAH KISSINGER, MICHAEL KISSINGER, and MELISSA KISSINGER, <br><br> Defendants and Appellees, <br><br> and <br><br> LINDA ROMANO, <br><br> Intervenor and Appellee. |  |

**ORDER**

Upon consideration of Appellees' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellees are granted an extension of time to and including January 30, 2023, within which to prepare, file, and serve their response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 20 2022